UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 DEC 19 AM 8:15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

FERNANDO COTO-GUATZOZON,

                Defendant.

CASE NO. 08CR4194-W

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 16, 2008

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____